IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARK BEASON BURKE**                                                                           **PLAINTIFF**

**VERSUS**                                                **CIVIL ACTION NO. 1:08cv1496-RHW**

**DAVID ALLISON, RITA LUMPKIN**
**and PEARL RIVER COUNTY**                                                      **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinions and Orders entered by this Court this date, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against the Defendants are DISMISSED with prejudice.

SO ORDERED, this the 24th day of September, 2010.

                                                    /s/ *Robert H. Walker*
                                                    ROBERT H. WALKER
                                                    UNITED STATES MAGISTRATE JUDGE